UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:18-CR-198 |
| | ) | |
| D'MARKO V. KING | ) | |
| | ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation (Doc. 32), recommending that the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) grant Defendant's motion to withdraw his not guilty plea to Count One of the Indictment; (3) accept Defendant's plea of guilty to Count One of the Indictment, that is, knowingly and intentionally possessing with intent to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); (4) adjudicate Defendant guilty of the charge set forth in Count One of the Indictment; and (5) find that Defendant shall be released on his own recognizance until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 10) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1

(1) As set forth on the record, Defendant's plea hearing could not be further delayed without serious harm to the interests of justice;

(2) Defendant's motion to withdraw his not guilty plea to Count One of the Information is **GRANTED**;

(3) Defendant's plea of guilty to Count One of the Indictment, charging him with knowingly and intentionally possessing with intent to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) is **ACCEPTED**;

(4) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **February 22, 2021 at 2:00 p.m.** before the Honorable Harry S. Mattice, Senior United States District Judge.

**SO ORDERED.**

/s/     *Harry S. Mattice Jr.*     
**HARRY S. MATTICE, JR**
**SENIOR UNITED STATES DISTRICT JUDGE**
**November 9, 2020**